IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

|  |  |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> vs.<br><br>Michael Dunn,<br><br>    Defendant. | Case No. 2:04-cr-107<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS** |

On November 19, 2008, an Amended Petition was filed with the Court, alleging Defendant Michael Dunn violated conditions of supervised release. (Doc. # 33). The parties appeared before the Honorable Alice Senechal, United States Magistrate Judge, on December 5, 2008. The Court has received a report and recommendations from Magistrate Judge Senechal, which recommends that the Defendant's supervised release be revoked, that Defendant be ordered to serve twelve months in custody, that no additional term of supervised release be ordered after completion of the term of custody, and that Defendant's restitution obligation continue. (Doc. # 49). Neither party objected to the Report and Recommendation. (Docs. # 50, 52).

The Court has reviewed the Report and Recommendation, along with the entire file, and agrees with the Magistrate Judge's analysis and recommendations. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Defendant Michael Dunn's supervised release is hereby revoked and he is ordered to serve twelve months in custody. Further, no additional term of supervised release is imposed following his release from custody. Defendant's restitution obligation shall continue as previously imposed.

  **IT IS SO ORDERED**.

  Dated this 24th day of December, 2008.

              /s/ Ralph R. Erickson
              Ralph R. Erickson, District Judge
              United States District Court